**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

ZHENGZHOU KANGNIDIS E-COMMERCE CO., LTD.

Plaintiff,

v.

TOUCHLAND HOLDING CORP and TOUCHLAND LLC,

Defendants.

No. 1:26-cv-25336

**MOTION TO APPEAR *PRO HAC VICE*, FOR NICOLE SOCKETT, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Nicole Sockett of the law firm of Proskauer Rose LLP, with offices at: Eleven Times Square, New York, N.Y. 10036, (212) 969-3000, for purposes of appearance as counsel on behalf of Defendants, Touchland Holding Corp and Touchland LLC in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Nicole Sockett to receive electronic filings in this case, and in support thereof states as follows:

1. Nicole Sockett is not admitted to practice in the Southern District of Florida. She is a member in good standing of the bar of the highest court of the State of New York (Registration No. 5852991), where she regularly practices law. She is also admitted to practice in the Southern District of New York (admitted 2024).

2. Movant, Lisa B. Markofsky, Esq., of the law firm of Proskauer Rose LLP, with offices at: 2255 Glades Road, Suite 421 Atrium, Boca Raton, FL 33431, (561) 241-7400, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Nicole Sockett will pay this Court's $250 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Nicole Sockett, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Nicole Sockett at email address: nsockett@proskauer.com.

WHEREFORE, Lisa B. Markofsky, moves this Court to enter an Order allowing Nicole Sockett, to appear before this Court on behalf of Defendants Touchland Holding Corp and Touchland LLC for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Nicole Sockett.

Date: August 27, 2026.

*s/ Lisa B. Markofsky*
Lisa B. Markofsky
Florida Bar No. 0016673
PROSKAUER ROSE LLP
2255 Glades Road, Suite 421A
Boca Raton, FL 33431

Tel: (561) 241-7400
Fax: (561) 241-7145
lmarkofsky@proskauer.com
florida.litigation@proskauer.com

*Attorneys for Defendants Touchland Holding Corp and Touchland LLC*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| ZHENGZHOU KANGNIDIS E-COMMERCE CO., LTD.<br><br>Plaintiff,<br><br>v.<br><br>TOUCHLAND HOLDING CORP and TOUCHLAND LLC,<br><br>Defendants. | No. 1:26-cv-25336 |

**CERTIFICATION OF NICOLE SOCKETT**

Nicole Sockett, Esq., pursuant to Rule 4(b)(1) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; and (2) I am a member in good standing and currently eligible to practice law in New York; and (3) I have not filed more than three pro hac motions in different cases in this District within the last 365 days.

*s/ Nicole Sockett*
Nicole Sockett

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 27, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notifications of such filing to all CM/ECF participants in this case.

*s/ Lisa B. Markofsky*
Lisa B. Markofsky